UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                               : Case No. <u>18-46982</u>
                                                     :
**MICHAELLE L. AQUINO**                              : Chapter 13
                                                     :
                          Debtor.                    :
-----------------------------------------------------------------x

### AFFIDAVT OF DEBTOR

MICHAELLE L. AQUINO, the above named Debtor, deposes and says:

1. On December 4, 2018 (the "Petition Date"), my attorney, Michael A. King, Esq. filed a voluntary petition in this Court on my behalf for relief under Chapter 13 of the Bankruptcy Code.
2. I hereby consent to having my Chapter 13 case dismissed.
3. My attorney did not get paid a legal fee to file this case, he filed it pro bono.

Dated: Brooklyn, New York
February 4, 2019

                                                  _____
                                                  **Michaelle L. Aquino**
                                                  *Debtor*

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF KINGS      )

On the 4th day of February, 2019, before me the undersigned, a Notary Public in and for said state, personally appeared Michaelle L. Aquino, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her signature on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

PRISCILLA J DO
Notary Public, State of New York
No. 01DO6324754
Qualified in Bronx County
Commission Expires 5/11/20 19

_____
NOTARY PUBLIC