UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────────x   **Chapter 13**
In Re:                                          **Case No. 18-46982**


MICHAELLE L. AQUINO

                            Debtor(s)

───────────────────────────────────────────x
STATE OF NEW YORK           )
                            )ss.:
COUNTY OF KINGS             )

# **ATTORNEY AFFIRMATION**

      I, MICHAEL A. KING, ESQ., attorney for Debtor, MICHAELLE L. AQUINO, do make solemn oath:

1. On December 4, 2018 (the "Petition Date"), I filed a voluntary petition in this Court on behalf of the above Debtor for relief under Chapter 13 of the Bankruptcy Code.

2. I did not receive a legal fee for the filing of this matter, I filed it pro bono.


Dated: Brooklyn, New York
       February 4, 2018

                                      Michael A. King, Esq.
                                      *Attorney for Debtor*
                                      *Michaelle L. Aquino*
                                      41 Schermerhorn Street, Suite 228
                                      Brooklyn, NY 11201
                                      Cell: (646) 824-9710
                                      Fax:  (347) 227-1266
                                      Email:  romeo1860@aol.com